PEOPLE v GORDON, No. 137680; Court of Appeals No. 261724. KELLY, C.J., and CAVANAGH, J. We would grant leave to appeal.